542 U.S. 929
 GONZALEZ-ALANIS
v.
UNITED STATES (Reported below: 88 Fed. Appx. 770);
GARCIA-LUNA
v.
UNITED STATES (87 Fed. Appx. 927);
MARTINEZ-VASQUEZ
v.
UNITED STATES (87 Fed. Appx. 975);
DELGADO-GENCHIS
v.
UNITED STATES (88 Fed. Appx. 747);
LOYOLA-HERNANDEZ
v.
UNITED STATES (87 Fed. Appx. 991);
BOCANEGRA-CAMARILLO
v.
UNITED STATES (87 Fed. Appx. 959);
TORRES-PEREZ
v.
UNITED STATES (87 Fed. Appx. 958);
RANGEL-ORDUNA
v.
UNITED STATES (87 Fed. Appx. 937);
RODRIGUEZ-HERNANDEZ
v.
UNITED STATES (87 Fed. Appx. 933);
SALAZAR-GONZALEZ
v.
UNITED STATES (87 Fed. Appx. 990);
YANEZ-BRILLANO
v.
UNITED STATES (88 Fed. Appx. 758);
GONZALEZ-GARCIA
v.
UNITED STATES (86 Fed. Appx. 773);
SOTO-FUERTE
v.
UNITED STATES (88 Fed. Appx. 752);
CHAVEZ
v.
UNITED STATES (87 Fed. Appx. 985);
MERAZ-SANCHEZ
v.
UNITED STATES (87 Fed. Appx. 956);
SALDANA-AMANZA
v.
UNITED STATES (87 Fed. Appx. 955);
ALCARAZ-RODRIGUEZ
v.
UNITED STATES (88 Fed. Appx. 45);
RODRIGUEZ-GARCIA, AKA SUSTAITA-SAENZ
v.
UNITED STATES (87 Fed. Appx. 424);
GARZA-FLORES
v.
UNITED STATES (87 Fed. Appx. 431);
LEIJA-MARTINEZ
v.
UNITED STATES (87 Fed. Appx. 422); and
GONZALEZ-CORA
v.
UNITED STATES (87 Fed. Appx. 945).
 No. 03-10467.
 Supreme Court of United States.
 June 21, 2004.
 
 1
 C. A. 5th Cir. Certiorari denied.